■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT McCLAIN, Appellant, v JOSEPH E. McCOY, as Superintendent of Cayuga Correctional Facility, Respondent. [761 NYS2d 569] —Appeal from a judgment (denominated order) of Supreme Court, Cayuga County (Corning, J.), entered February 19, 2002, which denied the petition for a writ of habeas corpus.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see People ex rel. Kendricks v Smith,* 52 AD2d 1090 [1976]). Present—Green, J.P., Wisner, Scudder, Kehoe and Burns, JJ.